### Eugene HOWELL v. UNITED STATES of America.
#### No. ——.

Circuit Court of Appeals, Sixth Circuit.

Jan. 11, 1939.

Wilbur Fields, of Louisville, Ky., for appellant.

Eli H. Brown, U. S. Atty., of Louisville, Ky.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the motion of appellant for leave to withdraw appeal be, and the same is, granted.